BEFORE THE THIRD DIVISION, APRIL 23, 1942

**No. 47117.**—Protest 990432–G of Roger Williams (Nogales).

Opinion by KEEFE, J. From the record it was found that the articles in question were not acquired, nor the order for same accepted by the shipper, until after the plaintiff returned to the United States, and delivery of the same was not effected until after the postal authorities had received the c. o. d. charges. The protest was therefore overruled.

**No. 47118.**—Protests 69486–K, etc., of Wm. Filene's Sons Co. (Boston).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following *Bullocks* v. *United States* (6 Cust. Ct. 110, C. D. 441) the merchandise in question was held not subject to countervailing duty as claimed.

BEFORE THE THIRD DIVISION, APRIL 24, 1942

**No. 47119.**—Protests 961836–G, etc., of Silver Swan Liquor Corp. (San Francisco).

OPINION by EKWALL, J. In accordance with stipulation of counsel that the merchandise in question is the same in all material respects as that the subject of *Burke* v. *United States* (3 Cust. Ct. 276, C. D. 253) the liqueur was held dutiable as claimed.